1  MELINDA S. RIECHERT, State Bar No. 65504
   DARYL S. LANDY, State Bar No. 136288
2  SHANNON B. NAKABAYASHI, State Bar No. 215469
   YIN ZHENG, State Bar No. 268619
3  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
4  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
5  Tel:  650.843.4000
   Fax:  650.843.4001
6  E-mail:  mriechert@morganlewis.com
   E-mail:  dlandy@morganlewis.com
7  E-mail:  snakabayashi@morganlewis.com
   E-mail:  lzheng@morganlewis.com
8
   Attorneys for Defendant
9  EISAI INC.

10

11 NORMAN B. BLUMENTHAL, State Bar No. 68687
   KYLE R. NORDREHAUG, State Bar No. 205975
12 APARAJIT BHOWMIK, State Bar No. 248066
   BLUMENTHAL, NORDREHAUG & BHOWMIK
13 2255 Calle Clara
   La Jolla, CA 92037
14 Tel: (858)551-1222
   Facsimile: (858) 551-1232
15 E-mail:  norm@bamlawlj.com
   E-mail:  kyle@bamlawlj.com
16 E-mail:  aj@bamlawlj.com

17 Attorneys for Plaintiff
   MARIE OCHOA

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20

| MARIE OCHOA, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EISAI INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C-11-3393-SC<br><br>[Case assigned for all purposes to Honorable Samuel Conti, Courtroom 1, 17th Floor]<br><br>**STIPULATION OF DISMISSAL** |
|---|---|

  **IT IS HEREBY STIPULATED** between Plaintiff MARIE OCHOA ("Plaintiff") and Defendant EISAI INC. ("Defendant"), by and through their respective undersigned counsel, that the above-captioned action hereby is dismissed voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

  a. All individual claims by Marie Ochoa on her own behalf against Defendant Eisai Inc. are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

  b. All claims brought herein on behalf of others besides Marie Ochoa, including the claims brought on behalf of the putative class and the claims of the State of California Labor Workforce Development Agency against Defendant Eisai Inc.,, are dismissed without prejudice, each side to bear its own costs and attorneys' fees.

  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 25, 2012        BLUMENTHAL, NORDREHAUG & BHOWMIK


                                 By   /s/ Kyle R. Nordrehaug
                                    KYLE R. NORDREHAUG
                                    Attorneys for Plaintiff
                                    MARIE OCHOA


Dated: September 25, 2012        MORGAN, LEWIS & BOCKIUS, LLP


                                 By   /s/ Melinda S. Riechert
                                    MELINDA S. RIECHERT
                                    Attorneys for Defendant
                                    EISAI INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA